Below is an order of the court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| In Re<br><br>RAMUS RODGERS,<br><br>Debtor. | Case No. 02-64996-tmr13<br><br>**ORDER GRANTING BANK OF AMERICA, N.A.'S FIFTH MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEBTOR'S MOTION FOR ORDER OF CONTEMPT** |

This matter came before the Court on creditor Bank of America, N.A.'s fifth motion for extension of time to file response to debtor's motion for order of contempt to which counsel for the debtor has no objection. The court having reviewed the motion, and for good cause showing, NOW THEREFORE,

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 - ORDER GRANTING BANK OF AMERICA, N.A.'S FIFTH MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEBTOR'S MOTION FOR ORDER OF CONTEMPT

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON 97210
(503) 224-0055 · FAX (503) 222-5290

IT IS HEREBY ORDERED that the motion is granted and Bank of America, N.A. has until February 3, 2021, to submit its response to debtor's motion for order of contempt.

### 

Presented by:

KILMER VOORHEES & LAURICK, P.C.

*/s/ James P. Laurick*
James P. Laurick, OSB No. 821530
jlaurick@kilmerlaw.com
2701 NW Vaughn Street, Suite 780
Portland, Oregon 97210
Phone No.: (503) 224-0055
Fax No.: (503) 222-5290

Of Attorneys for Creditor Bank of America

Page 2 - ORDER GRANTING BANK OF AMERICA, N.A.'S FIFTH MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEBTOR'S MOTION FOR ORDER OF CONTEMPT

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON 97210
(503) 224-0055 · FAX (503) 222-5290

Case 02-64996-tmr13    Doc 57    Filed 01/12/21

# LIST OF NON-ECF PARTICIPANTS

The following is a list of the non-ECF participants:

None

I:\10011\0113\Pleadings - bk\Order Granting BANA MOET to Respond to Motion for Contempt 5.docx

Page 1 - LIST OF NON-ECF PARTICIPANTS

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON 97210
(503) 224-0055 · FAX (503) 222-5290

Case 02-64996-tmr13    Doc 57    Filed 01/12/21